

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA    '08 MJ 8549

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| Plaintiff ) | COMPLAINT FOR VIOLATION OF |
| V ) | |
| VERDUZCO-Verduzco, Juan Luis ) | Title 8, U.S.C., Sec., 1326 |
| Defendant ) | Attempted Entry After Being Ordered Deported/Removed |

The undersigned complainant, being duly sworn, states:

On June 17, 2008, within the Southern District of California, the defendant Juan Luis VERDUZCO-Verduzco, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e., conscious desire, to enter the United States at the Calexico Port of Entry without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

Leticia Casillas, CBP
Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS DATE 18th DAY OF June, 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v
Juan Luis VERDUZCO-Verduzco

### STATEMENT OF FACTS

The complainant, states that this complaint is based upon the arrest reports of the apprehending officers and the investigation report submitted by United States Customs and Border Protection Enforcement Officer Leticia Casillas.

On June 17, 2008, at approximately 05:30 A.M., the defendant Juan Luis VERDUZCO-Verduzco arrived at the Calexico Port of Entry's pedestrian lanes. Customs and Border Protection Officer (CBPO) Sabori inspected the Juan Luis VERDUZCO-Verduzco at the time he applied for entry into the United States. (CBPO) Sabori noticed that the document presented by Juan Luis VERDUZCO-Verduzco had been altered and escorted him to the secondary office for further inspection.

At the pedestrian secondary office (CBPO) Ramirez, J. conducted routine record checks in which IDENT/IAFIS revealed a possible fingerprint match with a person who had been previously deported. Juan Luis VERDUZCO-Verduzco told (CBPO) Ramirez that he purchased the document he presented in Mexico. Juan Luis VERDUZCO-Verduzco was then escorted to the Port Enforcement Team area where (CBPEO) L. Casillas conducted record checks revealing prior deportation from an Immigration Judge. Records also revealed prior incarceration. Records confirmed that the defendant is an alien, a native and citizen of Mexico with no legal documents to enter into or be in the United States. Juan Luis VERDUZCO-Verduzco was advised of his Miranda warnings in the Spanish language to which he said he understood.

//
//
//
//